*Page 1 of 1*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 1:08cr29-SPM/AK

WILLIE DEWEY KEEN, JR.,

    Defendant.

_____/

## ORDER REASSIGNING CASE

This case is reassigned to District Judge Stephan P. Mickle for all purposes. The trial may be rescheduled for Monday, January 12, 2009, or otherwise as Judge Mickle determines. This delay of four business days in order to accommodate the reassignment of judges is in interest of justice. That interest outweighs the interest of the public and the defendant in a more speedy trial. The initials in the case number are changed as set forth in this order's case style.

    SO ORDERED on November 24, 2008.

                                               s/Robert L. Hinkle
                                               Chief United States District Judge