IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.  1:08cr29-SPM

WILLIE DEWEY KEEN, JR.,
    a/k/a Billy Keen,

    Defendant.
_____/

**ORDER ALLOWING VIDEO DEPOSITION OF RICHARD EDWARDS**

THIS CAUSE comes before the Court on Defendant's Motion for Taking Deposition (doc. 29), the Government's Response (doc. 30), and Defendant's Reply (doc. 32).

Defendant has made a sufficient showing that Richard Edwards may be unavailable for trial due to chemotherapy and a compromised immune system. Defendant has also shown that Mr. Edwards' testimony is material to his defense, which will require the jury to understand the Community Development Block Grant that Defendant is accused of misapplying.  The Government has not demonstrated any countervailing factors that would render the taking of the

deposition unjust.  Based on the forgoing, it is

      ORDERED AND ADJUDGED:

      1.    Defendant's Motion for Taking Deposition (doc. 29) is granted.

      2.    Defendant may take a video deposition of Richard Edwards.  The deposition may be used at trial in lieu of Richard Edwards live testimony if health conditions in fact render Richard Edwards unavailable at the time of trial.

      DONE AND ORDERED this 8th day of January, 2009.

                      *s/Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge