IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:08cr29-SPM/AK

WILLIE DEWEY KEEN, JR.,

    Defendant.
_____/

**ORDER AFFIRMING DETENTION**

This cause comes before the Court on Defendant's Motion for Revocation of Detention Order (doc. 53) pursuant to Title 18, United States Code, Section 3145(b).  In the motion, Defendant does not contest the findings made by the magistrate judge that Defendant violated the terms and conditions of his pretrial release by having repeated contact with a key witness in the case against him.  Defendant argues, however, that the detention order should be revoked because conditions could be imposed that would assure the safety of the community and Defendant's presence at trial.

I have carefully reviewed the record in this case and make a de novo determination that Defendant is unlikely to abide by the release condition that prohibits contact with the witness, Ms. Lashley.  This condition is valid under 18

U.S.C. § 3142(c)(1)(B)(v) and necessary to prevent witness tampering. Defendant has influence over the witness though access to his grandchildren. Defendant willfully violated the condition, then lied to his probation officer about it.  Defendant sought to deceive the Court by purchase of pay-as-you-call cell phones, which he and the witness used to avoid detection of their contacts.

The Court adopts the findings of the magistrate judge and, upon de novo review, finds that Defendant's detention is valid under 18 U.S.C. § 3148 and Federal Rule of Criminal Procedure 46(b) because Defendant is unlikely to abide by this necessary condition of release.  Based on the foregoing, it is

ORDERED AND ADJUDGED:

1.   Defendant's Motion for Motion for Revocation of Detention Order (doc. 53) is denied.

2.   Defendant shall remain in detention as previously ordered.

DONE AND ORDERED this 20th day of February, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

Case No. 1:08cr29-SPM