**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                            Case No. 1:08cr29-SMP/AK

**WILLIE DEWEY KEEN, JR.**
    a/k/a Billy Keen
_____/

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE CAME ON before the Court on the motion of the United States of America for a Preliminary Order Of Forfeiture. Being fully advised in the premises, the Court finds:

1. On September 23, 2008, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against the defendant, charging him with violations of Title 18, United States Code, Sections 666 and 2.

2. The Indictment included a Forfeiture Count, pursuant to 18 U.S.C. § 981.

3. The United States seeks forfeiture of:

   **A.   Rehabilitated house, including all improvements thereon and appurtenances thereto, located at 435 NE 635 Street, Old Town, Florida, Parcel Number 03-09-13-0000-3962-0000.**

4. The United States is entitled to possession of the above-described property pursuant to 18 U.S.C. § 981;

5. On March 3, 2009, a jury found Willie Dewey Keen, Jr., guilty of the charge in the Indictment.

6. On March 3, 2009, a jury returned a special verdict finding that property described as "rehabilitated house, including all improvements thereon and appurtenances

thereto, located at Cross City, Dixie County, Florida," is forfeitable to the United States of America.

It is hereby

ORDERED, ADJUDGED and DECREED that based on the foregoing, the defendant's interest the following property is hereby forfeited to the United States pursuant to the provisions of 18 U.S.C. § 981:

>   **A.   Rehabilitated house, including all improvements thereon and appurtenances thereto, located at 435 NE 635 Street, Old Town, Florida, Parcel Number 03-09-13-0000-3962-0000.**

It is further

ORDERED, ADJUDGED and DECREED that in accordance with the law, the United States shall cause to be published at least once notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendants, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date of publication on an official Internet government forfeiture site, or receipt of actual notice, whichever is earlier. The United States shall:

   1.   State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

   2.   To the extent practicable, provide direct written notice to any person known

to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified. It is further

ORDERED, ADJUDGED and DECREED that upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

DONE AND ORDERED this 21st day of April, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge