IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.:   1:08cr29-SPM/AK

WILLIE DEWEY KEEN, JR.,
    Defendant.
_____/

## ORDER FOR FURLOUGH

THIS MATTER comes before the Court upon Defendant Willie Dewey Keen, Jr.'s Motion for a Furlough.  Doc. 85.  Defendant requests a 12-hour furlough to visit with Charles Sphaler, who is in hospice care.  Neither the government nor the probation office objects to the furlough under the supervision of Mr. Adam Stinson, who is a law enforcement officer and Defendant's son-in-law.  The Court finds, however, that 12 hours is excessive and that 8 hours is sufficient time even with the commute to Old Town.  Accordingly, it is

ORDERED AND ADJUDGED:

1.    The motion (doc. 85) is granted as to an 8-hour furlough.

2.    Defendant shall be released to Adam Stinson on the morning of May 14, 2009.  Mr. Stinson will pick up Defendant at the Alachua County Jail no sooner than 8:00 a.m. on the morning of May 14, 2009 and return Defendant to the Alachua County Jail no later than 4:00 p.m. on May 14, 2009.

3. As a condition of his release, Defendant shall:

    a. refrain from any use of alcohol,

    b. refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in Title 21, United States Code, Section 802,

    c. have no contact with Kim Lashley,

    d. limit his activities to visitation with Charles Sphaler,

    e. remain in the custody of Adam Stinson at all times, and

    f. return to the Alachua County Jail no later than 4 p.m. on May 14, 2009.

4. Adam Stinson is responsible for Defendant during the furlough period and shall ensure that Defendant abides by all conditions.

5. Defendant is reminded that his failure to abide by any of the conditions will constitute a violation of the conditions of release and subject Defendant to prosecution for violation of Title 18, United States Code, Section 3146 (Failure to Appear), Title 18, United States Code, Section 3147 (Offense Committed While on Release), Title 18, United States Code, Section 3148 (Sanctions for Violation of Release Conditions).

DONE AND ORDERED this 13th day of May, 2009.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge

CASE NO.:  1:08cr29-SPM/AK