IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                               CASE NO.:   1:08cr29-SPM/AK

WILLIE DEWEY KEEN, JR.,

    Defendant.
_____/

### ORDER VACATING FURLOUGH ORDER

The Court has been advised that Charles Sphaler is deceased.

Accordingly,  it is

    ORDERED AND ADJUDGED: the Order for Furlough (doc. 86) is vacated.

    DONE AND ORDERED this 14th day of May, 2009.


        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge