IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 1:08cr29-SPM/AK

WILLIE DEWEY KEEN, JR.
_____/

## ORDER ON RECONSIDERATION OF DETENTION

This cause comes before the Court on the Motion to Reconsider Defendant's Detention. Doc. 95. Despite the proffered evidence concerning treatment of Defendant's pain condition, detention remains appropriate because Defendant is unlikely to abide by any conditions of release that are necessary to assure that he will not flee or pose a danger to the community.

Concerns about Defendant's medical treatment can be addressed with the Marshal's service or the detention center. The Court will consider expediting Defendant's sentencing hearing if doing so will facilitate Defendant's access to the Bureau of Prison's formulary. Based on the foregoing, it is

ORDERED AND ADJUDGED: Defendant's motion (doc. 95) is denied.

DONE AND ORDERED this 11th day of June, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge