IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:08cr29-SPM

WILLIE DEWEY KEEN, JR.,
    a/k/a Billy Keen,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

THIS CAUSE comes before the Court on the Defendant's Second Motion to Continue Sentencing (doc. 102). Defendant requests the continuance so that his sentencing hearing can be consolidated with the sentencing hearing in a separate case (1:08cr39) in the event he is convicted. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The motion (doc. 102) is granted.

2. Sentencing is reset for Tuesday, September 8, 2009, at 1:30 p.m. the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 23rd day of July, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge