IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:08cr29-SPM/AK

WILLIE DEWEY KEEN, JR.
_____/

**ORDER ON MOTION TO REVISIT DEFENDANT'S DETENTION**

This cause comes before the Court on the Motion to Revisit Defendant's Detention. Docs. 106 and 107. Detention remains appropriate because Defendant is unlikely to abide by any conditions of release that are necessary to assure that he will not flee or pose a danger to the community. Accordingly, it is

ORDERED AND ADJUDGED: Defendant's motion (doc. 106) is denied.

DONE AND ORDERED this 10th day of August, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge